IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF OKLAHOMA

| | | |
|---|---|---|
| 1.  WENDY S. HOLMAN, | ) | |
| | ) | |
| Plaintiff, | ) | |
| v. | ) | CIV-16-135-D |
| | ) | |
| 1.  JIL PRODUCTS, INC., d/b/a | ) | |
| STATE BEAUTY SUPPLY, and | ) | |
| 2.  SHELLY TUBBS, an individual, | ) | |
| | ) | ATTORNEY LIEN CLAIMED |
| Defendants. | ) | JURY TRIAL DEMANDED |

## JOINT STIPULATION OF DISMISSAL WITH PREJUDICE

Pursuant to Rule 41 (a)(1)(A)(ii) of the Federal Rules of Civil Procedure, the Plaintiff, Wendy S. Holman, hereby stipulates with the Defendants, JIL Products, Inc. d/b/a State Beauty Supply and Shelly Tubbs, that her claims in the above styled and numbered action shall be dismissed with prejudice.  The parties shall bear their own costs and attorney fees.

**RESPECTFULLY SUBMITTED THIS 19th DAY OF AUGUST, 2016.**

        s/ Shannon C. Haupt
        JANA B. LEONARD, OBA #17844
        SHANNON C. HAUPT, OBA #18922
        LEONARD & ASSOCIATES, P.L.L.C.
        8265 S. Walker
        Oklahoma City, Oklahoma 73139
        (405) 239-3800 (telephone)
        (405) 239-3801 (facsimile)
        leonardjb@leonardlaw.net
        haupts@leonardlaw.net
        *Counsel for Plaintiff*

                                               s/ Leah M. Avey
                                              (Signed with permission)
Leah M. Avey, OBA #21591
RUBENSTEIN & PITTS, PLLC
1503 E. 19th St.
Edmond, OK 73013
Tele: 405-340-1900 Fax: 405-340-1001
lavey@oklawpartners.com
*Counsel for Defendant*